**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, STEVEN GERARD WALKER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STEVEN GERARD WALKER,<br><br>　　　　　　　Defendant. | CASE NO. 1:16-CR-00088 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL<br><br>Trial: October 31, 2017<br>Time: 8:30 a.m.<br>Courtroom 4<br>Hon. Lawrence J. O'Neill |

　　　　WHEREAS Trial has been scheduled in this matter for October 31, 2017.

　　　　WHEREAS Roger S. Bonakdar, counsel for Defendant Steven Gerard Walker (herein "Mr. Walker") requests a continuance of the Trial for the purpose of obtaining expert witness opinion on the charges against Mr. Walker, and to evaluate the subject weapon. Further, counsel for Mr. Walker requests additional time to meet with Mr. Walker and discuss the Government's proposal regarding a Plea Agreement herein.

　　　　WHEREAS counsel for WALKER represents that the foregoing is necessary to provide effective assistance of counsel, as mandated by the 6th Amendment, and to ensure Due Process is afforded to WALKER.

| | | |
|---|---|---|
| 1 | THEREFORE, IT IS STIPULATED by and between the parties that the October | |
| 2 | 31, 2017, Trial be continued for not less than 120 days. | |
| 3 | IT IS SO STIPULATED: | |

Dated: October 13, 2017              BENJAMIN B. WAGNER
                                     United States Attorney

                              By:    /s/Jeffrey A. Spivak
                                     JEFFREY A. SPIVAK
                                     Assistant United States Attorney


Dated: October 13, 2017              BONAKDAR LAW FIRM

                              By:    /s/ Roger S. Bonakdar
                                     ROGER S. BONAKDAR
                                     Attorney for Defendant
                                     STEVEN GERARD WALKER

### ORDER

The Stipulation to Continue Trial having come before this Court and an absence of good cause appearing therefore;

IT IS HEREBY ORDERED that the October 31, 2017, Trial is CONFIRMED. The request to continue is DENIED.


IT IS SO ORDERED.

   Dated:  **October 17, 2017**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES CHIEF DISTRICT JUDGE

---

2
**STIPULATION TO CONTINUE TRIAL; ORDER**