# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:16-CR-00088-LJO-SKO-1 |
|---|---|
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION TO CONTINUE THE TRIAL SET FOR 10-31-2017** |
| v. | |
| STEVEN GERARD WALKER, | |
| Defendant. | |

The Court has received and reviewed the Defendant's Motion to Continue Trial, including the Declaration of Defense Counsel and his consultant's curriculum vitae.

In summary form, the motion indicates that the Defense needs an expert to address the element of the charged offense, specifically, that the firearm and/or munitions traveled in inter-state commerce. Further it is stated that the consultant is willing to be retained.

What is missing is why the retention of an expert was not completed long ago (i.e., long before a week before trial is set to commence), and/or that there is any discovery or evidence in existence that has been reviewed that suggests that the element in question **should be** in question.

That said, Defense Counsel makes it clear in the request that to force the case to trial would remove the Defendant's sixth amendment right to competent counsel, AND the Government does not object to the continuance.

The motion is **GRANTED**, and the trial date of October 31st is **VACATED**.

The Court will conduct a status hearing to reset the trial. The hearing will take place on Monday,

October 30, 2017 at 8:15 a.m..  Either or both counsel may appear by phone, and if counsel has another counsel appear in their place, the lawyer appearing must have the availability calendar for trial counsel ready to set the new trial.

IT IS SO ORDERED.

Dated:  **October 23, 2017**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE